UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRANDON STERLING,

                        Plaintiff,

    -against-                                    20 **CIVIL** 10804 (CS)

## **JUDGMENT**

DEPUTY SUPERINTENDENT A. AKINYOMBO,
MEDICAL DIRECTOR JANICE WOLF FRIEDMAN,
MEDICAL DOCTOR JOSEPH AVANZATO, and
NURSE PRACTITIONER MARIAMNA BABY,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 8, 2022, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        July 8, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                   **BY:**    K. Mango
                                                          **Deputy Clerk**